**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Mark Diamond            CHAPTER 13

            Debtor(s)            BKY. NO. 20-10741 JkF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

           Respectfully submitted,
           **/s/ Rebecca A. Solarz Esquire**
           Rebecca A Solarz, Esquire
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322