### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> **William Diamond** <br>    **Debtor** | )Case No. 20-10741-jkf <br> ) <br> )Chapter 13 <br> ) <br> )Judge: Jean K. FitzSimon |

### NOTICE OF APPLICATIO AND RESPONSE DEADLINE

Michael Alan Siddons, Esquire, Counsel for the Debtor, has filed an Application for Compensation.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Application, then on or before April 1, 2020 at 9:30AM you or your attorney must do ALL of the following:

   (a) File an answer explaining your position at:

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Robert N. C. Nix, Sr. Federal Courthouse
   Courtroom #3
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   (b) If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to the Applicant:

>Michael Alan Siddons, Esquire
>230 N. Monroe Street, Suite A
>Media, PA 19063

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above the Court may enter an Order granting the relief in the Application.

3. If you require a copy of the Application, a copy will be provided to you is you are on the Clerk's Service List and you request a copy from the attorney named on paragraph 1(b).

>Respectfully submitted,
>
>**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**
>
>By:   */s/ Michael A. Siddons*
>       MICHAEL ALAN SIDDONS, ESQUIRE
>       230 N. Monroe Street
>       P.O. Box 403
>       Media, PA 19063
>       (610) 255-7500-*office*
>       (610) 514-5904-*facsimile*
>       msiddons@siddonslaw.com
>       ***Attorney for Debtor***

Dated: March 6, 2020