UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    William Mark Diamond<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-10741-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of June, 2020, by first class mail upon those listed below:

William Mark Diamond
810 Hood Road
Swarthmore, PA  19081

**Electronically via CM/ECF System Only:**

MICHAEL ALAN SIDDONS ESQ
230 N MONROE ST
P O BOX 403
MEDIA, PA  19063

 

                                                                                                                       */s/ Deborah A. Earnshaw*
                                                                                                                   Deborah A. Earnshaw
                                                                                                                   for
                                                                                                                   Scott F. Waterman, Esquire
                                                                                                                   Standing Chapter 13 Trustee