# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** | ) Case No. 20-10741-jkf |
| **William Diamond** | ) |
| **Debtor** | ) Chapter 13 |
|  | ) |
|  | ) Judge Ashely M. Chan |

## CERTIFICATION OF NO RESPONSE OR OBJECTION TO DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Michael Alan Siddons, Esquire, counsel for Debtor, William Diamond and Applicant herein ("Applicant"), hereby certify that no response, objection or answer has been served or filed in response to the Applicant's Application for Compensation and Reimbursement of Expenses ("Application") at ( Dkt. #14) and that a default Order may be entered granting the relief sought in the Application.

Dated:  July 16, 2020

Respectfully submitted,
**THE LAW OFFICE OF**
**MICHAEL ALAN SIDDONS, ESQUIRE**

/s/ Michael A. Siddons
Michael A. Siddons, Esquire (PA# 89018)
230 N. Monroe Street
P.O. Box 403
Media, PA 19063
Tel. (610) 255-7500
E-mail: msiddons@siddonslaw.com
*Counsel for Debtor*