United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Mark Diamond  
      Debtor

Case No. 20-10741-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Jul 16, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db           +William Mark Diamond,   810 Hood Road,   Swarthmore, PA 19081-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:  
       MICHAEL ALAN SIDDONS    on behalf of Debtor William Mark Diamond msiddons@siddonslaw.com,  
        heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                    TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No. 20-10741-amc |
| **William Diamond** | ) |
| **Debtor** | ) Chapter 13 |
| | ) |
| | ) |

**ORDER**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Application for Compensation (the "Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

**IT IS ORDERED** that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,500.00**;

3. Expenses are **ALLOWED** in favor of the Applicant on the amount of **$90.00**;

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C.§507, 11 U.S.C. §503(b) and 11 U.S.C.§330(a)(4)(B), the allowed compensation set forth in ¶2 of the Application less $1,500.00 which was paid by the Debtor prepetition.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Court Judge

**Date: July 16, 2020**