*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William Mark Diamond

      Debtor(s)                                      Case No: 20–10741–amc

                                                       Chapter: 13

---

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the third & final installment payment for a total amount of $209.99

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court


        on: 8/5/20

        at: 11:00 AM

        in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

                                     For The Court

                                     Timothy B. McGrath
                                     Clerk of Court

Dated: July 20, 2020