Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-10741-AMC**

William Mark Diamond  
810 Hood Road  
Swarthmore  PA   19081

Petition Filed Date: 02/04/2020  
341 Hearing Date: 03/06/2020  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/24/2020 | $1,030.00 | | 04/29/2020 | $500.00 | | 06/01/2020 | $530.00 | |
| 06/11/2020 | $1,030.00 | | 07/08/2020 | $1,030.00 | | | | |

**Total Receipts for the Period:  $4,120.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,120.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William Mark Diamond | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $2,289.19 | $0.00 | $2,289.19 |
| 3 | NPRTO NORTH-EAST LLC<br>»» 003 | Unsecured Creditors | $1,607.81 | $0.00 | $1,607.81 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $551.69 | $0.00 | $551.69 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $1,039.56 | $0.00 | $1,039.56 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Secured Creditors | $32,991.61 | $0.00 | $32,991.61 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $10,467.04 | $0.00 | $10,467.04 |
| 0 | MICHAEL ALAN SIDDONS ESQ | Attorney Fees | $1,090.00 | $0.00 | $1,090.00 |

**Chapter 13 Case No. 20-10741-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,120.00 | Current Monthly Payment: | $975.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,950.00 |
| Paid to Trustee: | $412.00 | Total Plan Base: | $58,720.00 |
| Funds on Hand: | $3,708.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.