United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Mark Diamond  
    Debtor(s)

Case No. 20-10741-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Dec 09, 2020     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Mark Diamond, 810 Hood Road, Swarthmore, PA 19081-2814 |
| 14463172 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 14463173 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14493835 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14479910 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14463175 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14463176 | + | Main Line Health, 1068 W Baltimore Pike, Media, PA 19063-5104 |
| 14463178 | | Pennsylvania Department of Revenue, Attn: Bankruptcy, 3 Revenue Place, Harrisburg, PA 17129-0003 |
| 14463181 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14491908 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14463182 | + | Trojan Professional Se, P.o. Box 1270, Los Alamitos, CA 90720-1270 |
| 14463184 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14491300 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14463171 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 03:05:31 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14463174 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2020 03:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14485869 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 10 2020 03:37:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14466083 | + | Email/PDF: cbp@onemainfinancial.com | Dec 10 2020 03:05:29 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14463177 | + | Email/PDF: cbp@onemainfinancial.com | Dec 10 2020 03:10:57 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14488255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 03:05:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14463179 | | Email/PDF: cbp@onemainfinancial.com | Dec 10 2020 03:10:57 | Springleaf Financial S, 519 Baltimore Pike, Springfield, PA 19064 |
| 14463180 | | Email/Text: bankruptcy@td.com | | |

| | | | |
|---|---|---|---|
| | | Dec 10 2020 03:37:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 14465652 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 10 2020 03:10:59 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14463183 | + Email/Text: bnc-bluestem@quantum3group.com | Dec 10 2020 03:38:00 | Webbank/fingerhut Fres, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL ALAN SIDDONS | on behalf of Debtor William Mark Diamond msiddons@siddonslaw.com heath@casedriver.com;casedriverecf@casedriver.com;siddonsmr96394@notify.bestcase.com;3295273420@filings.docketbird.com;7512617420@filings.docketbird.com;casedriverecfg@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　William Mark Diamond<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 20-10741-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 9, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE